UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAWN C. LEMIEUX AND STEVE G. LEMIEUX,<br><br>Plaintiff,<br><br>vs.<br><br>CWALT, INC. ALTERNATIVE LOAN TRUST 2006-33CB, BAYVIEW LOAN SERVICING, LLC., ASSET FORECLOSURES SERVICES a/k/a PEAK FORECLOSURE SERVICES, INC., AND UN-NAMED DOES 1-100,<br><br>Defendants. | Case No. CV-15-077-BU-JCL<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED. Judgment is entered in favor of the Defendants and against the Plaintiffs' upon both the Plaintiffs' complaint and the Defendants' counterclaim, with Defendants entitled to recover of the Plaintiffs jointly and severally in the monetary sum of $27, 217.31.

Dated this 21st day of March, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk